35 So.2d 923

**Sam Paul MIMS v. STATE.**

**5 Div. 242.**

Court of Appeals of Alabama.
April 20, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

33 So.2d 280

**Wallace MINIARD v. STATE.**

**6 Div. 483.**

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

33 So.2d 280

**James MOORE v. STATE.**

**6 Div. 493.**

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

35 So.2d 923

**Jack, alias Nathan, MORAN v. STATE.**

**6 Div. 584.**

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

34 So.2d 33

**Nathan Lee MORAN v. STATE.**

**6 Div. 526.**

Court of Appeals of Alabama.
Jan. 13, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

35 So.2d 924

**Nathan Lee MORAN v. STATE.**

**6 Div. 526.**

Court of Appeals of Alabama.
April 20, 1948.

Ben Engle, of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.